# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**AMERICANO BEACH LODGE RESORT CONDOMINIUM ASSOCIATION, INC.,**

    **Plaintiff,**

v.                                                                                                     Case No:    6:18-cv-563-Orl-31KRS

**ARIEL SPECIALTY INSURANCE MANAGERS ON BEHALF OF ARIEL SYNDICATE 1910,**

    **Defendant.**

## ORDER

This cause comes before the Court upon consideration of the Report and Recommendation entered *sua sponte* by the United States Magistrate Judge on June 6, 2018 (Doc. 11). The report recommends that this action be dismissed for lack of subject matter jurisdiction. No objections have been filed. Therefore, it is **ORDERED** as follows:

    1.    The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

    2.    The complaint is **DISMISSED** without prejudice.

    3.    Plaintiff may file an amended complaint by July 13, 2018.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 21, 2018.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party